Case 1:06-cv-01841-PA   Document 14   Filed 04/30/07   Page 1 of 2



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN DEWEY WILLS JR., | CV No. 06-1841 PA |
| Petitioner, | ORDER DISMISSING HABEAS CORPUS PETITION |
| vs. | |
| SHARON BLACKETTER, | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty (60) days after the date of the decision rendering *Blakely*

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court. The parties retain any and all defenses that existed at the dismissal of the petition.

IT IS SO ORDERED this ___ day of April, 2007.

_____
The Honorable Owen M. Panner
U.S. District Court Judge

Submitted by:

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Attorney for Petitioner

Lynn Larsen (by consent)
Attorney for Respondent